IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE E. PAREDES

    Plaintiff

v.

PEDRO TOLEDO DAVILA, et al.

    Defendants

Civil No. 97-1509(SEC)
Section 1983

## ORDER

The above-captioned action is hereby **REFERRED** to Magistrate Judge Justo Arenas for a settlement conference **within the next thirty (30) days.** At said conference parties should discuss the status of discovery and settlement, and Magistrate Arenas shall set a final discovery and pretrial schedule. Parties shall also discuss the issue of consenting to proceed before Magistrate Arenas. If consent is not given, or the case is not settled, **the same shall be returned to the undersigned's chambers.**

**SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of October, 1999.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev.8/82)