IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| | |
|---|---|
| HONORABLE JUSTO ARENAS | DATE: October 6, 1999 |
| | CIVIL 97-1509 (SEC) |
| | ATTORNEY |

JORGE E. PAREDES

v.

PEDRO TOLEDO DAVILA, et al.

A settlement conference is set for October 28, 1999 at 12:15 p.m.  Minutes to be notified.