IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE E. PAREDES,

Plaintiff

v.                                              CIVIL 97-1509 (SEC)

PEDRO TOLEDO DAVILA, et al.,

Defendants

## SETTLEMENT CONFERENCE REPORT

At today's conference, plaintiff was represented by Francisco Dolz Sánchez, Esq., defendants by Jo-Ann Estades Boyer, Esq.

Parties are granted 100 days to conclude discovery. The pretrial conference is set for February 4, 2000 at 10:00. Jury trial is set for March 14, 2000 at 9:30 a.m. Dispositive motions are to be filed by January 25, 2000. Parties consent to my trial jurisdiction.

Neither I nor the court will consider any discovery motions unless accompanied by a certification that the moving party has made a reasonable and good faith effort to reach agreement with opposing counsel on the matters set forth in the motion.

At future conferences, the attorneys are to assure from the parties that they have the authority to bind the parties they represent regarding all matters previously identified by the




AO 72
(Rev 8/82)

CIVIL 97-1509 (SEC)                                    2

court or the magistrate judge for discussion at the conference and all reasonably related matters.

All requests for extensions of deadlines for completion of discovery or for postponement of the trial are to be signed by the attorney and the party making the request. Any request is to be directed specifically to the court or the judicial officer setting the discovery deadline or trial date.

If attorneys are not authorized, representatives of the parties with authority to bind them in settlement discussions are to be present or available by telephone during any settlement conference.

In San Juan, Puerto Rico, this 28th day of October, 1999.

/s/ JUSTO ARENAS
United States Magistrate Judge

s/cs: Jury Adm.
Chief Deputy
Operations Mgr.
Courtroom Deputy (SEC)
Court Reporter

AO 72
(Rev 8/82)