IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| HONORABLE JUSTO ARENAS | DATE: January 21, 2000 |
|---|---|
| | CIVIL 97-1509 (SEC) |
| | ATTORNEY |

JORGE E. PAREDES

v.

PEDRO TOLEDO DÁVILA, et al.

The pretrial conference scheduled for February 4, 2000 is reset for February 3, 2000 at 2:00 p.m. Minutes to be notified.


