IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE E. PAREDES,

Plaintiff

v.                                          CIVIL 97-1509 (SEC) (JA)

PEDRO TOLEDO DAVILA, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion to Convert Pretrial Conference Into a Status Conference, 01-27-00. | 42 | Moot. |

In San Juan, Puerto Rico, this 10th day of February, 2000.

JUSTO ARENAS
United States Magistrate Judge