IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE E. PAREDES,

Plaintiff

v.                                             CIVIL 97-1509 (SEC) (JA)

PEDRO TOLEDO DAVILA, et al.,

Defendants

PRETRIAL CONFERENCE REPORT

At today's conference, plaintiff was represented by Francisco Dolz Sánchez, Esq., defendants by Jo-Ann Estades Boyer, Esq.

Defendants have 30 days to answer the complaint. The March 14 trial setting is vacated. Consistent with my order of November 3, 1999, no dispositive motions are allowed. The Clerk will notify Mr. Dolz of all further court orders. A status conference is set for March 14, 2000 at 10:00 a.m.

In San Juan, Puerto Rico, this 3rd day of February, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)