IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE E. PAREDES,

Plaintiff

v.

PEDRO TOLEDO DAVILA, et al.,

Defendants

CIVIL 97-1509 (SEC) (JA)

## STATUS CONFERENCE REPORT

At today's conference, plaintiff was represented by Francisco Dolz Sánchez, Esq., defendants by Jo-Ann Estades Boyer, Esq.

Another status conference is set for April 25, 2000 at 10:00 a.m.

In San Juan, Puerto Rico, this 14th day of March, 2000.

JUSTO ARENAS
United States Magistrate Judge