IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE E. PAREDES,

Plaintiff

v.                                                          CIVIL 97-1509 (SEC) (JA)

PEDRO TOLEDO DAVILA, et al.,

Defendants

## JUDGMENT

Judgment is hereby entered dismissing this case without prejudice and without imposition of costs or attorney's fees.

In San Juan, Puerto Rico, this 25th day of April, 2000.

JUSTO ARENAS
United States Magistrate Judge